

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10-38-GF-SEH |
| Plaintiff/Respondent, | ORDER |
| vs. | |
| ELWYN HAS THE EAGLE, SR., | |
| Defendant/Movant. | |

United States Magistrate Judge Keith Strong entered his Findings and Recommendations[1] on July 19, 2013. Defendant/Movant Elwyn Has the Eagle, Sr. filed objections[2] on August 5, 2013. The Court reviews *de novo* findings and recommendations to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

---

[1] Document No. 108.

[2] Document No. 112.

ORDERED:

1. Defendant/Movant Has the Eagle's Motion to Vacate Sentence[3] is DENIED.

DATED this 6th day of August, 2013.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[3] Document No. 90.